**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MELANIE MENTZ,

    Plaintiff,

vs.                                          Case No. 3:06-cv-328-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

_____

**O R D E R**[1]

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. #16; Motion), filed on November 7, 2006. Defendant requests that the case be remanded to allow the administrative law judge to "re-evaluate the reports from Drs. Conley and Charles, determine whether Plaintiff has additional functional limitations imposed by her severe mental impairments, and . . . consolidate this matter with Plaintiff's subsequent applications [for] benefits filed in April 2006." Motion at 1. The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #14), entered on July 20, 2006.

review of benefit determinations)[.]" *Id.* at 2.  It is represented counsel for Plaintiff has no objection to the Motion, *id.* at 1, and such a disposition is clearly within the Court's authority.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #16) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner to "re-evaluate the reports from Drs. Conley and Charles, determine whether Plaintiff has additional functional limitations imposed by her severe mental impairments, and . . . consolidate this matter with Plaintiff's subsequent applications [for] benefits filed in April 2006."  Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of November, 2006.

                                              /s/        Howard T. Snyder
                                              HOWARD T. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any