**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MELANIE MENTZ,

    Plaintiff,

vs.                                       Case No. 3:06-cv-328-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

_____

### **O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #19; Petition), filed November 22, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 6.

Counsel expended a total of 13.50 hours in the representation of Plaintiff before the Court in 2006. *Id.* ¶ 8; Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks a payment of $2,075.63 in fees. Petition ¶ 9. This is based on an hourly rate of $153.75. *Id.* ¶ 7.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,075.63 in attorney fees.

Accordingly, the Petition (Doc. #19) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,075.63.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of November, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any